Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                                     §
Jimmy Ray Stansbury, III                   §
                                           §
                                           § CHAPTER 13 CASE NO. 11-70422-HdH-13
DEBTOR(S)                                  §

## DEBTOR'S VOLUNTARY MOTION TO DISMISS
## CHAPTER 13 CASE

THE DEBTOR(S) in the above-referenced case, through attorney of record, Monte J. White, files this Motion and would respectfully show the Court as follows:

1. Debtor(s) is/are no longer able to comply with the Chapter 13 plan and do not desire to modify the plan.

2. This Chapter 13 Case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code.

3. Under section 1307(b) of the Bankruptcy Code, the debtors are entitled to have this Chapter 13 case dismissed at any time, and the Debtor(s), by this Motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, Debtor(s) pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, move this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

Respectfully submitted,

/s/Jimmy Ray Stansbury, III         /s/Monte J. White
Debtor                              Attorney for the Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2012, a true and correct copy of the foregoing was served by ECF and/or regular mail to all parties on the mailing matrix.

/s/Monte J. White, Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 11-70422-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Mar 27 12:09:25 CDT 2012 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Asset Acceptance Llc<br>Attn: Bankruptcy<br>PO Box 2036<br>Warren, MI 48090-2036 |
| BACK BOWL I LLC, SERIES B<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase - Cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| CitiCards Private Label<br>CitiCards Bankruptcy Department<br>PO Box 20483<br>Kansas City, MO 64195-0483 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | City of WF, WFISD, Wichita Co<br>CO Harold Lerew<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 |
| Executive Services<br>PO Box 2248<br>Wichita Falls, TX 76307-2248 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kool Smiles, Inc.<br>UCS<br>P.O. Box 751090<br>Memphis, TN 38175-1090 |
| LVNV Funding LLC its successors and assigns<br>assignee of OneMain Financial, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lisa Aranda<br>4602 Cove Road<br>Wichita Falls, TX 76310-3802 | Midland Credit Management<br>8875 Aero Dr<br>Suite 200<br>San Diego, CA 92123-2255 |
| Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | Onemain<br>Bsp13a<br>Baltimore, MD 21202 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| U. S. Bank National Association<br>c/o BDFTE, LLP<br>15000 Surveyor Blvd Suite 100<br>Addison, TX 75001-4417 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Us Bank Home Mortgage<br>777 E Wisconsin<br>Milwaukee, WI 53202-5370 |
| WICHITA FALLS CITY, ISD & WICHITA CO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Zenith Acquisition Corp<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228-1992 | Jimmy Ray Stansbury III<br>4602 Cove Road<br>Wichita Falls, TX 76310-3802 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures              Portfolio Rc                        (d)Portfolio Recovery Associates, LLC
1100 Commerce St., Room 951         Attn: Bankruptcy                    c/o Discover
Mail Stop 5029 DAL                  PO Box 41067                        POB 41067
Dallas, TX 75246                    Norfolk, VA 23541                   Norfolk VA 23541


U.S. Bank National Association      (d)US Bank NA
4801 Frederica Street               4801 Frederica Street
Attn: Bankruptcy Dept.              Owensboro, KY 42301
Owensboro, KY 42301
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U. S. Bank National Association  (d)Midland Credit Management, Inc.  End of Label Matrix
                                    8875 Aero Drive, Suite 200          Mailable recipients    26
                                    San Diego, CA 92123-2255            Bypassed recipients     2
                                                                        Total                  28
```